

## MILLS NOVELTY CO. v. INTERNATIONAL ASSOCIATION OF ICE CREAM MANUFACTURERS et al.

### No. 5946.

Circuit Court of Appeals, Seventh Circuit.

Oct. 16, 1936.

Charles R. Pollard, of Washington, D. C., for appellant.

Donald F. McPherson, of Chicago, Ill., for appellees.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

It is ordered by the court that the motions of appellees to dismiss this appeal be, and the same are hereby, granted. Thereupon it is ordered, adjudged, and decreed that this appeal be, and the same is hereby, dismissed, with costs.

## Harry MINSKY v. The UNITED STATES of America.

### No. 5985.

Circuit Court of Appeals, Seventh Circuit.

Nov. 6, 1936.

John Elliott Byrne and Lewis F. Jacobson, both of Chicago, Ill., for appellant.

Michael Igoe, of Chicago, Ill., for the United States.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the District Court of the United States for the Northern District of Illinois, Eastern Division, and was argued by counsel.

On consideration whereof it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

## Harry MINSKY v. The UNITED STATES of America.

### No. 5986.

Circuit Court of Appeals, Seventh Circuit.

Nov. 6, 1936.

John Elliott Byrne and Lewis F. Jacobson, both of Chicago, Ill., for appellant.

Michael Igoe, of Chicago, Ill., for the United States.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the District Court of the United States for the Northern District of Illinois, Eastern Division, and was argued by counsel.

On consideration whereof it is now here ordered and adjudged by this court that the judgment of the said District Court in this cause be, and the same is hereby, affirmed.

## Richard P. MURRAY v. Carter H. HARRISON, Collector.

### No. 5777.

Circuit Court of Appeals, Seventh Circuit.

Nov. 11, 1936.

Harris F. Williams, of Chicago, Ill., for appellant.

S. E. Blackham, of Washington, D. C., for appellee.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

Now this day come the parties by their counsel and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments.

On consideration whereof it is now here ordered, adjudged, and decreed by this